ISAAC G. KRUMNAS, Respondent, *v.* PETER RAIDBERG, Appellant.

Submitted July 19, 1944; decided July 19, 1944.

*A. S. Cutler* for motion.

*Henry Cohen* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion unless appellant serves and files undertaking on appeal and pays ten dollars costs within ten days, in which event the motion is denied.